# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**Randall C. Lohan**
**Clerk of Court**

**Robert L. Rebeck**
**Chief Deputy**

**U.S. Courthouse**
**844 N. King Street**
**Unit 18**
**Wilmington, DE 19801**
**(302) 573-6170**

September 16, 2025

Lisa Kohlhagen
506 Peachtree Lane
Seaford, DE 19973

Re: Kohlhagen v. Lenape Properties et al – DEFICIENCY NOTICE
C.A. No: 1:25-cv-01152-UNA

Dear Mrs. Kohlhagen,

On September 15, 2025, the District Court received papers from you for filing in the above matter. The documents received are a Complaint, Motion for Preliminary Injunction, and Motion for Remote Proceedings. These papers do not conform to Rule 11 of the Federal Rules of Civil Procedure (copy enclosed).

Your papers will be docketed, but no action will be taken by the Court until the deficiency is corrected. Please sign the documents and return them to this office for processing.

KINDLY RETURN A COPY OF THIS LETTER WITH YOUR SIGNED DOCUMENTS.

Sincerely,

Randall C. Lohan
CLERK OF COURT

/oam