If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 10/21/2025

[signature]
(Signature of the attorney
or unrepresented party)

Lisa hohmagen
(Printed name)

504 Peachtree Ln Seaford de 19973
(Address)

frozengeorgian@Gmail.com
(E-mail address)

301 337 0442
(Telephone number)

RULE 4 WAIVER OF THE SERVICE OF SUMMONS.

(Caption)

To (*name the plaintiff's attorney or the unrepresented plaintiff*):

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ____________________, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ______________

______________________________
(Signature of the attorney
or unrepresented party)

______________________________
(Printed name)

______________________________
(Address)

______________________________
(E-mail address)

______________________________
(Telephone number)

FILED
DEC 05 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE