**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LISA KOHLHAGEN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1152 (MN) |
| | ) | |
| LENAPE PROPERTIES, *et. al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF SERVICE**

I certify that this accompanying **Defendants, Improperly Identified Town of Seaford, Mike Bailey, Matt MaCoy and Charles Anderson's Responses to Plaintiff's First Requests for Admissions** was filed on CM/ECF and served upon the Plaintiff by sending one true and correct copy to the Plaintiff by FedEx, this 27th day of February, 2026, to 506 Peachtree Lane, Seaford, DE 19973 and a true and correct copy of said **Defendants' Responses to Plaintiff's First Requests for Admissions** were also served on L. Vincent Ramunno, Esquire via the Court's authorizing electronic service.

**LAW OFFICES OF WADE A. ADAMS, III**

***/s/Wade A. Adams, III___________***

WADE A. ADAMS III, ESQ. #5306
LUCIANA M. PARKER, ESQ. #5177
**Mail To: P.O. Box 2903**
**Hartford, CT 06104-2903**
Christiana Executive Campus
111 Continental Drive, Suite 309
Newark DE 19713
302-533-3051
302-533-3055
Wadams@travelers.com
Lmparke2@travelers.com
*Attorneys for Defendants City of Seaford, Mike Bailey, Matt MaCoy and Charles Anderson*

Dated: February 27, 2026