IN THE COURT OF COMMON PLEAS FOR THE STAT4E OF DELAWARE
IN AND FOR SUSSEX COUNTY

LISA KOHLHAGEN,
    Plaintiff

      v

TRACY SPARKS,
    Defendant

C.A.# CPU6-25001663

## ORDER

AND NOW, THIS 5TH DAY OF JUNE, 2026, IT IS THE ORDER OF THE COURT,

that the Commissioner's Proposed Finding of Fact, and Recommendations in the above-

captioned case, which were set forth in the Commissioner's Report dated January 16,

2026, are hereby accepted.  Defendant's Motion to Enforce Settlement Agreement is GRANTED

and Plaintiff's Motion to Notify the Court of Suspected Perjury, Motion for Appropriate Relief,

and Motion for Sanctions for Misrepresentation Regarding Settlement are DENIED.

    IT IS SO ORDERED.

_____
Thomas A. Pedersen
Judge

**EXHIBIT II**