IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA KOHLHAGEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1152 (MN) (LDH) |
| | ) | |
| LENAPE PROPERTIES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING ORDER AND REPORT AND RECOMMENDATION**

At Wilmington, this 20th day of August 2026;

WHEREAS, on July 28, 2026, Magistrate Judge Hatcher issued an Order and Report and Recommendation ("the Report") (D.I. 71) in this action;

WHEREAS, the Report contained two recommendations: (1) that Plaintiff's Motion for Preliminary Injunction (D.I. 3) be denied (D.I. 71 ¶1) and (2) that "[t]o the extent Plaintiff's 'Emergency Motion for Injunctive Relief, Appointment of Temporary Oversight, and Order for Transition of HOA Control to Community' (D.I. 57) seeks preliminary injunctive relief or the entry of a temporary restraining order", it also be denied (D.I. 71 ¶ 14);

WHEREAS, the Report granted Plaintiff's Motion to Amend the Complaint (D.I. 31);

WHEREAS, on August 5, 2026, Plaintiff filed an Amended Complaint (D.I. 72); and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1. The recommendations in the Order and Report and Recommendation (D.I. 71) are ADOPTED.[1]

2. Plaintiff's Motion for Preliminary Injunction (D.I. 3) is DENIED.

3. To the extent Plaintiff's Motion for Injunctive Relief, Appointment of Temporary Oversight, and Order for Transition of HOA Control to Community (D.I. 57) seeks preliminary injunctive relief or the entry of a temporary restraining order, it is DENIED.

4. As Plaintiff was given leave to file an Amended Complaint and did so, Plaintiff's Amended Complaint filed on August 5, 2026 (D.I. 72) is the operative complaint in this action.

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge

---

[1] All other rulings in the Report were orders issued by Judge Hatcher on non-dispositive motions. As no party has objected to any portion of the Report, these rulings do not need to be adopted by this Court.