UNITED STATES DISTRICT COURT
for the
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA KOHLHAGEN,<br>*Plaintiff* | ) | |
| v. | ) | Civil Action No. 25-1152 (MN) (LDH) |
| LENAPE PROPERTIES, *et al.*,<br>*Defendants* | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A LIMITED SUPPLEMENTAL STATEMENT**

On September 15, 2026, Plaintiff filed a Plaintiff's Motion for an Expedited Status Conference and Interim Protective Relief Regarding Alleged Retaliation and Threats of Financial Levy, which appears as Document 90 in the docket in this action. On October 6, 2026, Plaintiff circulated via e-mail a Plaintiff's Motion for Leave to File a Limited Supplemental Statement and Exhibits Regarding Her Pending Retaliation Motion. The October 6 Motion appears to be intended to amend the September 15 Motion for a status conference.

This Court already has the responding Defendants' Motions to Dismiss the Plaintiff's Amended Complaint, and if the Court dismisses the Plaintiff's Amended Complaint, that should resolve all of the issues that the Plaintiff has brought in her various Motions that involve the responding Defendants.

In her Motion for Expedited Status Conference and the recent Motion for Leave to File a Supplemental Statement, the Plaintiff proposes that everyone who suggests that she should dismiss her action is doing so in some sort of an act of retaliation against her for failing to dismiss her action. The Plaintiff proposes that her homeowners association's citation over her lot's lawn is in retaliation for failing to dismiss her action.

At this point, it appears that the Plaintiff is deluded. Lenape is no longer operating the homeowners association. Liborio Watergate is only the developer and has had no interest in the operation of the homeowners association or the use and maintenance of the pool, clubhouse or mailboxes, etc. Liborio Watergate put in the curbs and streets[1], and in compliance with Plaintiff's settlement proposal installed a handicap pool lift and thereby settled the Plaintiff's claims. The homeowners association's operations do not involve the responding Defendants.

The responding Defendants oppose and deny the Plaintiff's claims of retaliation, but the responding Defendants take no position regarding Plaintiff's

[1] Liborio Watergate will complete the sidewalk and top coating of the street when permitted to do so.

request for a status conference and take no position regarding the Plaintiff's request for leave to supplement her request for a status conference since they do not involve the responding Defendants.

Respectfully,

Date: October 7, 2026

**RAMUNNO & RAMUNNO, P.A.**
*/s/ L. Vincent Ramunno*
L. VINCENT RAMUNNO
Delaware Bar ID #594
903 N. French Street
Wilmington, DE 19801
LeeRamunno@AOL.com
(302) 656-9400
(302) 426-9379 : Fax
Attorney for Defendants
Lenape Properties Management, Inc.
and Liborio Watergate, LLC

Words: 362